**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1735**

---

DR. TENKASI M. VISWANATHAN,

Plaintiff - Appellant,

versus

FAYETTEVILLE STATE UNIVERSITY BOARD OF
TRUSTEES; DR. LLOYD V. HACKLEY, Chancellor of
Fayetteville State University, in his official
and individual capacity; DR. JON YOUNG, in his
official and individual capacity,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. W. Earl Britt, District Judge. (CA-96-160-7-BR)

---

Submitted: September 11, 1997     Decided: September 19, 1997

---

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

T. M. Viswanathan, Appellant Pro Se. Celia Grasty Jones, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Viswanathan v. Fayetteville State Univ. Bd. of Trustees</u>, No. CA-96-160-7-BR (E.D.N.C. Apr. 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>